# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON FOUNDATION, INC., <br> A DELAWARE CORPORATION, <br><br> **Plaintiff,** <br><br> v. <br><br> ROB NORRIS D/B/A THE PIANO MILL, A CITIZEN OF MASSACHUSETTS, <br><br> **Defendant.** | No. 3:19-cv-1109 |

## ORDER

Plaintiff's Motion to Disqualify Counsel for Defendant and Stay Further Proceedings (Doc. No. 14) filed February 6, 2020, is hereby REFERRED to Magistrate Judge Holmes for a Report and Recommendation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE