UNITED STATES DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

GIBSON FOUNDATION, INC., )
A DELAWARE CORPORATION, )
)
)   Case No. 1:20-CV-10682-IT
Plaintiff, )
)
vs. )
)
ROB NORRIS D/B/A THE PIANO MILL, A )
CITIZEN OF MASSACHUSETTS; THE )
PIANO MILL GROUP, LLC )
)
Defendants. )

## MOTION FOR LEAVE TO PRACTICE

Pursuant to L.R. 83.5.3, Plaintiff, Gibson Foundation, Inc., moves the Court to allow Stephen D. Howen to appear and practice in this action. In support of this motion, Gibson Foundation, Inc. attaches the Declaration of Mr. Howen.

Dated: September 21, 2022

Respectfully submitted,

/s/Richard Michaud
Richard Michaud
Bernkopf Goodman LLP
2 Seaport Ln. Boston, MA 02210
(617) 790-3000
RMichaud@bg-llp.com

Stephen D. Howen
(*Pro Hac Vice* Forthcoming)
The Law Offices of Steve Howen
7111 Bosque Blvd., Ste 305
Waco, TX 76710
(254) 826-6526
steve@stevehowenlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

Dated: September 21, 2022

/s/Richard Michaud
Richard Michaud
Bernkopf Goodman LLP
2 Seaport Ln. Boston, MA 02210
(617) 790-3000
RMichaud@bg-llp.com