# EXHIBIT 4

PLAINTIFF'S EXHIBIT 0017

**From:** Rob Norris info@pianomill.com
**Subject:** Re: Liberace Piano
**Date:** February 12, 2015 at 12:00 PM
**To:** Tom Dorn baldwin.tdorn@gmail.com

Tom,

nothing was ever signed. Jim literally just said if you can come to the Hamerstein and get it out its all yours. No paperwork.
Btw, I am the one who told the AP that it is estimated at $500k and this has subsequently gone out to all of the media outlets.
I do have original documentation of this piano that I obtained independently, that valued it at $200k when it was first made.

Sent from my iPhone

On Feb 12, 2015, at 11:37 AM, Tom Dorn <baldwin.tdorn@gmail.com> wrote:

> Rob,
> This must be devastating – the picture does put it in a terrible perspective. I do hope everything works out for you as best as is possible.
>
> I will mention your thought to the Gibson ER division, though I strongly suspect they will not auction off the piano. They just started coming up with ways to use this showpiece instrument and I understand it is committed to multiple engagements in the near future. Plus, it is an asset that is valued at approximately $500K that is irreplaceable.
>
> When you picked up the piano, did Jim Felber have you sign a loan agreement? If so, do you have a copy of it? The Gibson office in Nashville is asking about it, and Jim left the NY Gibson office last year. Please let me know what you can.
>
> Thanks,
> Tom
>
> **From:** Rob Norris [mailto:info@pianomill.com]
> **Sent:** Thursday, February 12, 2015 7:31 AM
> **To:** Tom Dorn
> **Subject:** Re: Liberace Piano
>
> Hi Tom, please excuse this email- I am limited to one finger with my iPhone. Please also keep the following confidential, at least from public for now:
> This is Day 3 for me since the building collapse and this is what I know - the engineers are calling the building a total loss - it needs to be completely
> Leveled to the ground.
> We were only allowed to access a small portion off the building and removed about 12 pianos including the Liberace . This is a massive 15 000 square foot building and I have over 150 pianos in it, some of which are new financed thru GE. Many others are consigned. My adjuster tells me that I have sufficient coverage on the building but not on the contents. I have not yet even begun to make an inventory but I know there's at least 800000- 1 mil in inventory in there still
> You may have noticed that this event has drawn virtually every media outlet- CBS national news, NBC, AP, even the Weather Channel was here yesterday live.AP was actually here to do a story on Liberace a few weeks ago. The story has not yet run so now of course they have contacted me to revise this story. I just got off the ph with the writer to assure her that the Liberace is safe and sound and she can come back and see it. They also did extensive video.
> So I would like to propose an idea-

Would the folks at Gibson be willing to have the Liberace auctioned off with proceeds donated to Piano Mills reconstruction and restoration of all the other pianos. There will probably never be a better time for this considering all the national press and it sure would be great press for Gibson
I'd like to know your thoughts or even if you think I should present this to someone else within Gibson-
 best,
Rob Nortis

Sent from my iPhone

On Feb 11, 2015, at 3:10 PM, Tom Dorn <baldwin.tdorn@gmail.com> wrote:

> Thanks! I'll send it around.
>
> TD
>
> > **From:** Rob Norris [mailto:info@pianomill.com]
> > **Sent:** Wednesday, February 11, 2015 2:08 PM
> > **To:** Tom Dorn
> > **Subject:** Re: Liberace Piano
> >
> > <image001.jpg>
> >
> > Sent from my iPhone
> >
> > On Feb 11, 2015, at 3:03 PM, Tom Dorn <baldwin.tdorn@gmail.com> wrote:
> >
> > > Rob,
> > > Thanks for getting back to me quickly, and for all you have done to take care of the Liberace SD10. I believe Gibson will want to move it quickly, and I will get back to you with details as soon as possible. When the piano was moved from NY to your store, was it delivered by Keyboard Carriage or Walter? Or did your movers pick it up in NY?
> > >
> > > Thanks again,
> > > Tom
> > >
> > > > **From:** Rob Norris [mailto:info@pianomill.com]
> > > > **Sent:** Wednesday, February 11, 2015 1:52 PM
> > > > **To:** Tom Dorn
> > > > **Subject:** Re: Liberace Piano
> > > >
> > > > Hi Tom Liberace is unscathed and moved into my new temporary location as I write this. Extremely fortunate- I had just moved it into outperformance room last Saturday for a concert. Otherwise it would've been in center of showroom which is completely decimated. It's safe and sound and I will leave it on piano board if

> > there are plans of pick up. ( flight case is currently buried and my guess is not salvageable)
> >
> > Sent from my iPhone
> >
> > On Feb 11, 2015, at 10:53 AM, Tom Dorn <baldwin.tdorn@gmail.com> wrote:
> >
> > > Rob,
> > > I was sorry to hear about the collapse of your roof, and I certainly hope that no one was injured and everyone is OK. When you have a chance, please give me a call. I'm getting a lot of questions about the Liberace SD10, because (ironically) I just learned Monday evening that Gibson wanted to move the piano back to NY because they have upcoming promotions on Broadway. So, please call when you can.
> > >
> > > Talk to you soon,
> > > Tom
> > >
> > > Tom Dorn
> > > North American Music – Baldwin Piano
> > > 414-331-7196
> > > Baldwin.tdorn@gmail.com

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5646 / Virus Database: 4273/9001 - Release Date: 01/26/15
Internal Virus Database is out of date.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5646 / Virus Database: 4273/9001 - Release Date: 01/26/15
Internal Virus Database is out of date.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5646 / Virus Database: 4284/9097 - Release Date: 02/11/15

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5646 / Virus Database: 4284/9097 - Release Date: 02/11/15