# EXHIBIT 5

**From:** rob norris info@pianomill.com
**Subject:** Re: Liberace piano
**Date:** March 17, 2015 at 3:42 PM
**To:** Tom Dorn baldwin.tdorn@gmail.com
**Cc:** Tracy McDaniel Tracy.McDaniel@gibson.com

Hi Tom,

After reading your email, it seems apparant that we disagree on the ownership of the Liberace piano. When Jim Felber contacted me 5 years ago, he specifically said that the piano was all mine if I could get it out of the 3rd floor of the ballroom in NYC where it was located. He also indicated

that the piano needed some"TLC".I wouldn't have invested the time and expense in moving and restoring this piano, not to mention insuring it, if I

were not taking ownership. I am not willing to release this piano for the reasons mentioned earlier but if Gibson/Baldwin would like to borrow it some

time after Piano Mill's event, I can have the neccesary insurance and paperwork drawn up.

-Rob

----- Original Message ----- From: "Tom Dorn" <baldwin.tdorn@gmail.com>
To: "'Rob Norris'" <info@pianomill.com>
Cc: "'Tracy McDaniel'" <Tracy.McDaniel@gibson.com>
Sent: Friday, March 13, 2015 5:26 PM
Subject: RE: Liberace piano

> Rob,
> It's not so much a matter of the Liberace Piano being loaned out, as Gibson
> planning their own events using their own piano. I believe they have
> Keyboard Carriage scheduled to come to your store next week to pick up the
> piano - so if you would like to have it for your fund raising event Gibson
> NEEDS to know asap. I have copied Tracy McDaniel from Baldwin/Gibson here
> as I think she has made these arrangements. Is the piano in your store at
> this time or is it in another location? If it is in another location -
> where exactly is it?
>
> Tracy may be able to delay the pick up, but I am sure she would need to know
> the date, specifics of the fund raising, and location of the event.
>
> Talk to you soon,
> Tom
>
> -----Original Message-----
> From: Rob Norris [mailto:info@pianomill.com]
> Sent: Friday, March 13, 2015 4:09 PM
> To: Tom Dorn
> Subject: Liberace piano
>
> Tom,
> I'm out of the country, with limited internet access.
>
> The Liberace cannot be loaned out at his time.
> Due to the recent catastrophic events that took place at Piano Mill, there
> is a big fundraising concert event being planned with The Liberace piano
> being center stage.
>
> I'll be back in the States next week if you wish to discuss further.
> - Rob
>
>
>
> Sent from my iPhone
> -----
> No virus found in this message.
> Checked by AVG - www.avg.com
> Version: 2015.0.5751 / Virus Database: 4306/9292 - Release Date: 03/13/15



-----
No virus found in this message.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5751 / Virus Database: 4306/9309 - Release Date: 03/15/15

000062