# EXHIBIT 7

1

COPLEY COURT REPORTING
The Mercantile Building
71 Commercial Street - Suite 700
Boston, Massachusetts 02109
(617) 423-5841

DATE:   August 22, 2021

TO:     Kurt W. Schuettinger, Esquire
        Bates & Bates
        1890 Marietta Boulevard NW
        Atlanta, Georgia 30318

IN RE:  GIBSON FOUNDATION, A DELAWARE
        CORPORATION VS. ROB NORRIS, ET AL
        DEPOSITION OF PATRICK JASON DAVIDSON
        VOLUME I

Dear Attorney Schuettinger:

    Enclosed herewith is your copy of the transcript of the deposition of PATRICK JASON DAVIDSON, VOLUME I, PAGES 1-48, taken on August 20, 2021, in the above-mentioned case. Also enclosed herewith is the signature page. Would you kindly arrange to have Mr. Davidson read the transcript and sign the signature page and return it to Daniel J. Gibson, Esq., as soon as possible. Any changes or corrections are to be made separately on the enclosed errata sheet signed by the witness. Please include any errata sheet with the signature page.
    Thank you for your anticipated cooperation. If you have any questions, please feel free to call on me.

                              Very truly yours,


                              Kathleen M. McHugh
                              CSR/RPR/CRR

Enclosure
CC: Daniel J. Gibson, Esquire

1  A. No, I'm not.

2  Q. Have you ever seen a Loaner Agreement
3  prepared by Gibson for musical instruments?

4  A. Yes.

5  Q. And is this a Loaner Agreement that
6  Gibson would customarily enter into with someone
7  wanting to have a loan on a musical instrument
8  owned by Gibson?

9  A. This specific agreement, the language
10 in it, I don't recall offhand. I just -- I have
11 seen some Loaner Agreements. I just can't match
12 it up to this one where we would loan either
13 guitars or pianos or other instruments out.

14 Q. And what I'd like to ask you about is
15 the first item on this loaner agreement is the
16 Liberace Baldwin nine-foot grand piano SD10. Is
17 that the subject piano in this case?

18 A. Yes, sir.

19 Q. The serial number is -- my eyes
20 aren't as good as they used to be -- 2134492259;
21 is that correct?

22 A. Yes. That's what it states on the
23 agreement. Yes, sir.

24 Q. In 2012 was this piano loaned out to

1  a standpoint of insurance a Loaner Agreement
2  and/or paper trail is a very important protocol?
3          MR. SCHUETTINGER:  Objection to
4  form.
5      A.   Is there a question there?  I'm
6  sorry.
7      Q.   Is it an important protocol at your
8  company, Gibson, that if a musical instrument is
9  loaned out, that there is a protocol, a very
10 important protocol, to have either a Loaner
11 Agreement or some type of a paper trail
12 evidencing the transaction?
13         MR. SCHUETTINGER:  Objection to
14 form.
15     A.   Yes.  It's protocol.
16     Q.   Mr. Davidson, if we could just go
17 back to Bates stamp page 76, in this e-mail from
18 David Bower to Ric Olsen he indicates that we're
19 going to be moving the piano to Broadway for the
20 Liberace Musical scheduled to be November, 2015.
21         Do you know if the subject piano was
22 ever moved?
23     A.   I do not.
24         MR. GIBSON:  Kurt, on Exhibit 8, if

```
 1            MR. GIBSON:  I just have a
 2    follow-up question.
 3                REDIRECT EXAMINATION
 4        Q.    (By Mr. Gibson) Mr. Davidson,
 5    following up on the question about giving away
 6    free pianos, are you aware of Baldwin or Gibson
 7    for that matter disposing of any old musical
 8    instruments?
 9        A.    Disposing of?
10        Q.    Yes.
11        A.    Can you elaborate on that?  I'm not
12    sure what you mean on that one.
13        Q.    Throwing away, sending to the junk
14    yard, sending to the bone yard?
15        A.    Yes.
16        Q.    Thank you.
17            MR. GIBSON:  No further questions.
18            MR. SCHUETTINGER:  None for us.
19            MR. GIBSON:  Mr. Davidson, thank
20    you very much for your patience.
21                    (Whereupon the deposition was
22    adjourned at 3:07 p.m.)
23
24
```