# EXHIBIT A

**From:** Jim Felber
**Subject:** RE: Baldwin BD275 HPE 9'
**Date:** June 28, 2011 at 11:35 AM
**To:** Tom Dorn

d\cbpat2\plainYep I think it's a great center piece .
d\cbpat2\plain
d\cbpat2\plainthanks
d\cbpat2\plain

---

d\cbpat2\plain**From:** Tom Dorn
**Sent:** Monday, June 27, 2011 8:02 PM
**To:** Jim Felber
**Subject:** RE: Baldwin BD275 HPE 9'
d\cbpat2\plain
d\cbpat2\plainI will ask him about it tomorrow. I expect he will be very interested.
d\cbpat2\plain
d\cbpat2\plainThanks,
d\cbpat2\plainTom
d\cbpat2\plain

---

d\cbpat2\plain**From:**
**Sent:** Monday, June 27, 2011 6:17 PM
**To:** Tom Dorn
**Subject:** Re: Baldwin BD275 HPE 9'
d\cbpat2\plain
d\cbpat2\plainThat's what I meant -just as a showroom piece? Long term loan that IF a fil or something needed it they cam borrow it-If it helps you they just pay cartage and come and get it-It has a nice flight case and its sister piano appeared in Grammys.

d\cbpat2\sb280\plainSent from my Verizon Wireless BlackBerry

---

**d\cbpat2\sb280\plainFrom:** Tom Dorn
**d\cbpat2\plainDate:** Mon, 27 Jun 2011 18:14:05 -0500
**d\cbpat2\plainTo:** Jim Felber
**d\cbpat2\plainSubject:** RE: Baldwin BD275 HPE 9'
d\cbpat2\plain
d\cbpat2\plainJim,
d\cbpat2\plainI don't know of a Piano Dealer in the country that could afford to buy a Liberace SD10, plus it is my understanding that Baldwin USA is unable/unwilling to sell anything at this time (per the CEO). However, if you simply need a place to put a Liberace, almost every Baldwin Dealer would be happy to store it for you. Back in 2002 we did a wonderful tour of one of those pianos and generated a lot of publicity and piano business with it.
d\cbpat2\plain
d\cbpat2\plainTom
d\cbpat2\plain

---

d\cbpat2\plain**From:** Jim Felber
**Sent:** Monday, June 27, 2011 6:03 PM
**To:** Tom Dorn
**Subject:** RE: Baldwin BD275 HPE 9'
d\cbpat2\plain
d\cbpat2\plainI wish they take a long term loan out on our 9 foot Liberace. It may have just lost a

home and do not want it back here. Think they would?

---

**From:** Tom Dorn
**Sent:** Monday, June 20, 2011 3:22 PM
**To:** Jim Felber
**Cc:** Tracy McDaniel
**Subject:** FW: Baldwin BD275 HPE 9'

Jim,

This was sent to me by our Baldwin Dealer in the Boston area, Piano Mill, and I'm sending it to you because it might be something for Gibson ER. I don't know if you can afford to have 9' Baldwins in the field for performance purposes these days, but if you can this could be of interest. I am certainly not an expert in ER, but names like Bob Seger, Boston Pops, and CBS TV do get my attention. Rob Norris is the owner of Piano Mill in Hanover, MA.

Thanks,
Tom Dorn
North American Music  Baldwin Piano

---

**From:** Rob Norris [mailto:pianomill@verizon.net]
**Sent:** Monday, June 20, 2011 1:41 PM
**To:** Tom Dorn
**Subject:** Re: Baldwin BD275 HPE 9'

Hi Tom,

Piano Mill would still very much like to have a Baldwin concert grand to use for symphony rentals and promotional opportunities. Unfortunately I am not currently in a position to shell out the 30k to purchase one outright.

My business partner, Amanda Carr (www.amandacarr.com) continues to present me with some great opportunities for both Piano Mill AND Baldwin, in my opinion. Her direct connections with the Bob Seger tour as well as many other international touring acts, could be excellent exposure for the Baldwin brand. Amanda is also performing with the Boston Pops this July 4th, which is nationally broadcast on CBS TV. This Fall, she and her jazz quintet are touring Australia. She has offered to get the Baldwin brand involved in all of these events.

I'm just a local piano dealer and most of this is beyond my normal scope but I see this is a huge opportunity and I hate to see it pass me by, and I know Baldwin is a BIG fish in my little aquarium but I can only see it as a win situation for Baldwin as well.

I do understand that you are a middleman in all of this but I just wanted to run it all by you again, in hopes you may be able to come up with a creative arrangment!

Thanks Tom,

Rob

> ----- Original Message -----
> **From:** Tom Dorn
> **To:**

000146

**d\cbpat2\plainSent:** Monday, June 20, 2011 1:36 PM
**d\cbpat2\plainSubject:** Baldwin BD275 HPE 9'

d\cbpat2\plain

d\cbpat2\plainI was notified this morning that there are 2 Baldwin BD275 HPE 9¹ Concert Grands available from Baldwin Dongbei for immediate shipment if we want them. Since we are still catching up with backorders on the other sizes, and since the 275 takes up a great deal of space on a container we haven¹t scheduled shipment yet. HOWEVER, if you have an interest in or a need for a BD275 HPE  Please let me know asap and we will grab it before it gets shipped off to somewhere else in the world. We would have it shipped on the next container and you would see it in 6-8 weeks. The BD275 HPE is only $29,995 wholesale, and is a performance level Concert Grand. You can see pictures and specs at

http://www2.gibson.com/Products/Pianos/Grand/Baldwin/BH275/Specs.aspx.

d\cbpat2\plain
d\cbpat2\plainTalk to you soon,
d\cbpat2\plainTom Dorn
d\cbpat2\plainNorth American Music - Baldwin Piano
d\cbpat2\plain(

d\cbpat2\plain

d\cbpat2\ql\sb280\plainNo virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5751 / Virus Database: 4306/9309 - Release Date: 03/15/15