UNITED STATES DISTRICT COURT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| GIBSON FOUNDATION, INC., <br> A DELAWARE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> ROB NORRIS D/B/A THE PIANO MILL, A CITIZEN OF MASSACHUSETTS; THE PIANO MILL GROUP, LLC <br><br> Defendants. | Case No. 1:20-CV-10682-IT |

## **GIBSON FOUNDATION'S PROPOSED VERDICT FORMS**

Dated: June 14, 2024

BATES & BATES, LLC

By: /s/Andrea E Bates
ANDREA E. BATES
Georgia Bar No. 041763
abates@bates-bates.com
(*Pro Hac Vice*)
KURT W. SCHUETTINGER
Georgia Bar No. 327039
(*Pro Hac Vice*)
kschuettinger@bates-bates.com
Bates & Bates
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
(404) 228-7439

Attorneys for PLAINTIFF
GIBSON FOUNDATION, INC.

**JURY CHARGE**

In the course of your deliberations, you are to answer the following questions. You are to answer each and every question, unless otherwise directed:

**Question No. 1 Bailment:**

[The law relating to this question is explained to you in Instruction No. 15.]

Do you find Piano Mill failed to comply with a bailment agreement by not returning the Liberace Piano when the Gibson Foundation demanded the return?

Answer yes or no:

      **Answer:**      Yes or No    \_\_\_\_\_

**Proceed to Question 2.**


**Question No. 2 Contract:**

[The law relating to this question is explained to you in Instruction No. 17.]

Do you find that Piano Mill failed to comply with a contract between the parties that resulted in the proximate harm to Gibson Foundation?

**Answer:**      Yes or No    \_\_\_\_\_

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF electronic filing system on June 14, 2024.

                                                                                         */s/ Andrea E. Bates*
                                                                                         Andrea E. Bates