UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Docket No. 1:20CV10682-IT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GIBSON FOUNDATION, INC., | \* |
| A Delaware Corporation, | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| ROB NORRIS D/B/A THE PIANO | \* |
| MILL, a Citizen of Massachusetts, | \* |
| THE PIANO MILL GROUP, LLC, | \* |
| Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT, ROB NORRIS d/b/a THE PIANO MILL, A CITIZEN OF MASSACHUSETTS, THE PIANO MILL GROUP, LLC'S PROPOSED VERDICT SLIP

1. Question No. 1. Bailment.

 The law relating to this question is set forth in Jury Instruction No. _____.

 Do you find that the plaintiff, Gibson Foundation, Inc., has met its burden of proof to establish that a bailment existed between the plaintiff and defendant?

 Answer yes or no:

 **Answer**: Yes _____ or No _____

2. Question No. 2 Contract.

 The law relating to this question is set forth in Jury Instruction No. _____.

 Do you find that the plaintiff, Gibson Foundation, Inc., has met its burden of proof to establish that a contract existed between the plaintiff and defendant?

 Answer yes or no:

 **Answer**: Yes _____ or No _____

                                          Respectfully submitted,
                                          For the Defendants, Rob Norris d/b/a
                                          The Piano Mill and The Piano Mill Group, LLC

                                          /s/ Daniel J. Gibson
                                          DANIEL J. GIBSON, ESQ.
                                          BBO#:  550661
                                          CARA M. KUZMISKI, ESQ.
                                          BBO#:  707971
                                          SKB, Attorneys
                                          1140 Washington Street
                                          Hanover, MA 02339
                                          Tel.: (781) 829-9993
Dated: June 19, 2024                  djg@skb-law.com
                                          cmk@skb-law.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF electronic filing system on June 19, 2024.

/s/ Daniel J. Gibson
DANIEL J. GIBSON, ESQ.
BBO#: 550661