UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIBSON FOUNDATION, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> ROB NORRIS, d/b/a The Piano Mill, and the PIANO MILL LLC, <br><br> Defendants and Counterclaim Plaintiffs. | Civil Action No. 1:20-cv-10682-IT |

JUDGMENT

August 9, 2024

TALWANI, D.J.

Plaintiff Gibson Foundation, Inc. brought this action against Defendants Rob Norris d/b/a The Piano Mill and The Piano Mill LLC ("the LLC"), Am. Compl. 5–7 [Doc. No. 61], and Defendants filed counterclaims against Plaintiff, Ans. & Countercl. 11–22 [Doc. No. 62].

Pursuant to the unappealed portion of this court's Memorandum and Order [Doc. No. 112], summary judgment is entered in favor of Defendants on Count III (conversion) of the Amended Complaint and in favor of Plaintiff on Counterclaim Count III (abuse of process).

Pursuant to the Stipulation for Final Judgment [Doc. No. 171], Counterclaims Count I (request for a declaratory judgment) and Count II (request for equitable relief) were withdrawn. Pursuant to counsel's representations in open court prior to opening statements, Count I (breach of contract) of the Amended Complaint was dismissed.

Pursuant to the Jury Verdict [Doc. No. 269], judgment is entered in favor of Plaintiff and against Defendant Rob Norris on Count II (breach of bailment) of the Amended Complaint.

This case is CLOSED.

IT IS SO ORDERED.

August 9, 2024                                        /s/ Indira Talwani
                                                     United States District Judge